Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Lori J Yonker**  :  Case No. 17−21826−CMB
*Debtor(s)*  :  Chapter: 13
  :
  :
  :
  :  Related to Dkt. No. 26
  :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 25th of October, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-21826-CMB
Lori J Yonker                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 1            Date Rcvd: Oct 25, 2018
                               Form ID: 309            Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Lori J Yonker,    4815 Hobaugh Avenue,    Murrysville, PA 15668-1542
cr              New Penn Financial LLC d/b/a Shellpoint Mortgage S,    PO Box 10826,
                 Greenville, SC  29603-0826
14413532        Allegheny Clinic Radiology,    320 E. North Avenue,    Pittsburgh, PA 15212-4756
14413533       +Allegheny Radiology Associates,    320 E. North Avenue,    Pittsburgh, PA 15212-4756
14413534      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,    P.O. Box 14931,   Pittsburgh, PA 15234)
14413535      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,   BUTLER PA 16003-1623
                (address filed with court: Collection Service Center,    P.O. Box 1623,   Butler, PA 16003)
14413536       +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
14413538       +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,   Tampa, FL 33607-8409
14413539       +Franklin Regional SD/Murrysville,    c/o Keystone Collections,    1532 Lincoln Way,
                 White Oak, PA 15131-1712
14652905       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14413540       +Michael T. McKeever, Esq.,    KML Law Group, P.C.,    BNY Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14698788        New Penn Financial LLC d/b/a Shellpoint Mortgage,    PO Box 10826,    Greenville, SC 29603-0826
14697242       +PHEAA,   PO Box 8147,    Harrisburg PA 17105-8147
14413542        US Dept of Ed/GSL/ATL,    P.O. Box 4222,    Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14413537       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2018 02:14:45     Ditech Financial LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
14832792       +EDI: ECMC.COM Oct 26 2018 06:03:00      ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14748656        EDI: NAVIENTFKASMSERV.COM Oct 26 2018 06:03:00      NAVIENT,   C/O Navient Solutions, LLC.,
                 PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14413541        EDI: PRA.COM Oct 26 2018 06:03:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Suite 1,   Norfolk, VA 23502
14414637       +EDI: PRA.COM Oct 26 2018 06:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14707256        EDI: ECMC.COM Oct 26 2018 06:03:00      US Department of Education,    PO Box 16448,
                 St. Paul, MN 55116-0448
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14748657*       NAVIENT,   C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
                                                                                           TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor Lori J Yonker bleasdb@yahoo.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```