**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LORI J YONKER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.: 17-21826 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/29/2017 and confirmed on 07/06/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,612.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,612.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,800.00 | |
|     Trustee Fee | 877.38 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,677.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP( <br> Acct: 9950 | 0.00 | 15,525.50 | 0.00 | 15,525.50 |
| NEW PENN FINANCIAL LLC D/B/A SHELLP( <br> Acct: 9950 | 47,172.49 | 409.12 | 0.00 | 409.12 |
| | | | | 15,934.62 |
| **Priority** | | | | |
| BRIAN J BLEASDALE ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LORI J YONKER <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BLEASDALE LAW OFFICE PC <br> Acct: | 3,800.00 | 3,800.00 | 0.00 | 0.00 |
| FRANKLIN REGIONAL SD (MURRYSVILLE) <br> Acct: 7389 | 1,046.53 | 0.00 | 0.00 | 0.00 |
| MUNICIPALITY OF MURRYSVILLE (EIT) <br> Acct: 7389 | 1,046.55 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | COLLECTION SERVICE CENTER INC<br>Acct: M2ZP | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: G3AJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: 3DM5 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: E7MY | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: N8U5 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: N8U6 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: FIT0 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: M2DN | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: NFGA | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMMONWEALTH FINANCIAL SYSTEMS/N<br>Acct: 41N1 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMMONWEALTH FINANCIAL SYSTEMS/N<br>Acct: 12N1 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMMONWEALTH FINANCIAL SYSTEMS/N<br>Acct: 49N1 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA AG FUNDING LLC<br>Acct: 6905 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION**<br>Acct: 7389 | 30,588.63 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 9376 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 5489 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 9381 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 9365 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 5491 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 5503 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 5484 | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION++<br>Acct: 5498 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ECMC(*)<br>Acct: 7389 | 14,485.55 | 0.00 | 0.00 | 0.00 |
| | NAVIENT SOLUTIONS INC<br>Acct: 7389 | 6,978.49 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 7284 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DITECH FINANCIAL LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MICHAEL T MCKEEVER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLEGHENY CLINIC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLEGHENY RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |

\*\*\* N O N E \*\*\*

**TOTAL PAID TO CREDITORS**          15,934.62

TOTAL CLAIMED
PRIORITY          2,093.08
SECURED          47,172.49
UNSECURED          52.052.67

Date: 11/06/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com